ABRAMS *v.* WHITE.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF IDAHO.

No. 176. Motion to dismiss.—Submitted November 16, 1908.—Decided November 30, 1908.

Appeal dismissed for want of jurisdiction on authority of *Kansas City Northwestern Railroad Co.* v. *Zimmerman,* 210 U. S. 336.[1]

*Mr. Aldis B. Browne, Mr. Alexander Britton, Mr. Isham N. Smith* and *Mr. James E. Babb* attorneys for appellees.

No appearance for appellants.

*Per Curiam:* Appeal dismissed for want of jurisdiction. *Kansas City Northwestern Railroad Co.* v. *Zimmerman,* 210 U. S. 336.[1]

---

[1] The headnote in that case is as follows:

"Where the ground on which the jurisdiction of the circuit court was

denied did not go to its jurisdiction as a Federal court as such, but its jurisdiction was denied on the ground that the state court where the proceedings started had no jurisdiction, a direct appeal on the jurisdictional question will not lie to this court under § 5 of the judiciary act of 1891."